UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EDWARD HART, | Case No. CV 19-1795-DMG (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| R. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order: Summarily Dismissing Petition Without Prejudice; And Denying A Certificate Of Appealability,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATED:  April 1, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE